**GOLDBERG SEGALLA LLP**
George H. Buermann, Esq. (ID No. 24832002)
1037 Raymond Boulevard, Suite 1010
Newark, New Jersey 07102
Tel:   973.681.7000
Fax:   973.681.7101
*Attorneys for Defendant*
*320 MP LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

-------------------------------------------------------X
MAI ANZJEL BOYD, an infant by her
Guardian ad Litem, KENDELL BOYD and
KENDELL BOYD, Individually,

                *Plaintiffs,*

vs.

320 MT. PROSPECT LIMITED
LIABILITY COMPANY and 320 MP LLC, A
NEW JERSEY LIMITED LIABILITY
COMPANY

                *Defendant.*
-------------------------------------------------------X

**Document Filed Electronically**

**Civil Action No. 2:18-cv-08770**

**DEFENDANT 320 MP LLC'S AMENDED ANSWER AND SEPARATE DEFENSES TO PLAINTIFFS' COMPLAINT**

Defendant 320 MP LLC, A New Jersey Limited Liability Company (hereinafter "Answering Defendant") by and through its attorneys, Goldberg Segalla LLP, by way of Amended Answer to Plaintiffs' Complaint dated April 6, 2018, state as follows:

**FIRST COUNT**

1.   Answering Defendant lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 of Plaintiffs' Complaint.

2.   Answering Defendant lacks knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 of Plaintiffs' Complaint.