**NOT FOR PUBLICATION**

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MAI ANZJEL BOYD, an infant by her Guardian ad Litem, KENDALL BOYD, and KENDALL BOYD, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>320 MT. PROSPECT LLC, *et al.*,<br><br>Defendants. | Civil Action No. 18-8770 (SDW) (SCM)<br><br>**ORDER**<br><br>June 26, 2020 |

**WIGENTON**, District Judge.

Before this Court is Magistrate Judge Steven C. Mannion's ("Judge Mannion") Report and Recommendation (D.E. 78 ("R&R")), dated May 19, 2020, which recommends that Plaintiffs Kendall and Mai Anzjet Boyd's ("Plaintiffs") motion to remand (D.E. 72) be granted. Defendants 320-322 Mount Prospect LLC, Friedlam Partners LLC, Friedlam Management, and 320 MP LLC (collectively, "Defendants") filed objections to the R&R on June 2, 2020, and Plaintiffs responded to Defendants' objections on June 16, 2020. (D.E. 79, 80, 82.) This Court has reviewed the reasons set forth by Judge Mannion in the R&R, the parties' submissions, and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Mannion is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

                                                                              /s/ Susan D. Wigenton
                                                             **SUSAN D. WIGENTON, U.S.D.J.**

Orig: Clerk
cc: Parties
 Magistrate Judge Mannion